

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00133-CR

HUBERT KINDLE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 50600-A

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

A Gregg County jury found Hubert Kindle guilty of aggravated assault with a deadly weapon[1] and unlawful possession of a firearm by a felon.[2]  Based on enhancements for prior felony convictions, the trial court sentenced Kindle in accordance with the jury's recommendation of fifty-five years' imprisonment for the aggravated assault and twenty years' imprisonment for the unlawful possession.

Here, Kindle appeals from his conviction for unlawful possession of a firearm by a felon.[3]  The issue raised in this case is identical to that addressed in our opinion issued this day in *Kindle v. State*, cause number 06-21-00132-CR, and for the reasons stated therein, we likewise affirm the judgment in this case.

Josh R. Morriss, III<br>Chief Justice

Date Submitted:  June 27, 2022
Date Decided:   July 1, 2022

Do Not Publish

---

[1]TEX. PENAL CODE ANN. §§ 22.01(a)(1), 22.02(a)(2) (Supp.).

[2]TEX. PENAL CODE ANN. § 46.04(a) (Supp.).

[3]Kindle appeals from his conviction for aggravated assault with a deadly weapon in our cause number 06-21-00132-CR.